# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br><br>A deoxyribonucleic acid (DNA) sample from Roy GARDUNO, as specified in Attachment A | )<br>)<br>)  Case No. 25-sw-00479-SBP<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the District of <u>Colorado</u>, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a firearm and ammunition by a prohibited person |

The application is based on these facts:

☒ Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Ethan Larrimore*
Applicant's signature

SA Ethan Larrimore, ATF
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by <u>telephone</u>.

Date: April 4, 2025

*[Judge's signature]*
Judge's signature

Susan Prose
United States Magistrate Judge
Printed name and title

City and state: Denver, CO

# ATTACHMENT A

# DESCRIPTION OF PERSON TO BE SEARCHED

The person known as Roy Anthony GARDUNO (DOB: 07/05/1976), with Colorado SID# CO689698 and FBI# 750682WA3. Roy GARDUNO is depicted below:



**ATTACHMENT B**

**<u>DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED</u>**

Samples of deoxyribonucleic acid (DNA) to be taken from the interior cheek area of the mouth of Roy GARDUNO, using a buccal swab collection kit (also commonly referred to as a saliva collection kit).

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Ethan Larrimore, a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1. Your Affiant, Ethan Larrimore, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, within the meaning of Title 18, United States Code, Section 3051, that is an officer of the United States empowered by law with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of the laws of the United States.

2. Your Affiant has been an ATF Special Agent for approximately ten (10) months. Your affiant's primary duties consist of the enforcement of federal firearms laws, armed narcotics trafficking, and conspiracy laws. Your Affiant has participated in approximately five (5) federal firearms investigations as an ATF Special Agent in which firearms were used in violation of federal law. Prior to becoming an ATF Special Agent, your affiant served with United States Customs and Border Protection, for approximately four (4) years. While with United States Customs and Border Protection, your affiant assisted in the apprehension and investigation of individuals involved in violation of immigration and customs laws. Your affiant has also participated in the international interdiction of narcotics and items prohibited from entering the United States. Additionally, your affiant possesses a bachelor's degree in Ecology and Evolutionary Biology from the University of Colorado at Boulder.

3. Your Affiant works with other law enforcement officers with decades of experience enforcing federal firearms laws and your Affiant benefits from their knowledge. Your

1

Affiant investigates violations of federal firearms laws and armed narcotics traffickers in the normal course of his duties and is familiar with the facts of this case.

4. Based on the information thus obtained, your affiant believes that probable cause exists to establish that Roy GARDUNO (DOB: 07/05/1976 ), having Colorado State Identification Number (SID#) CO689698 and FBI# 750682WA3 (as further described in Attachment A), has committed an offense involving the possession of a firearm and ammunition by a prohibited person in the State and District of Colorado, in violation of Title 18, United States Code, Section § 922(g)(1) (the "Subject Offense").  There is also probable cause to believe that the DNA sample as sought herein will provide evidence in relation to the commission of that offense.

5. This affidavit is presented in support of an application for a warrant to search for, and collect, a deoxyribonucleic acid (DNA) sample, as specified in Attachment B, from Roy GARDUNO, as specified in Attachment A. Both attachments are affixed hereto and incorporated herein by reference.  Because this affidavit is submitted for this limited purpose, your affiant has not included each and every fact known by your affiant concerning this investigation.  Your affiant has set forth only the facts that your affiant believes are required to establish the necessary foundation for an order authorizing the collection of DNA from Roy GARDUNO.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. On December 11, 2024, ATF Special Agents, working in an undercover capacity, conducted an undercover purchase of an Anderson Manufacturing Model AM-10 Multi Cal rifle bearing serial number 222980, for $1200.00 from Roy GARDUNO at an ATF undercover location in the Denver Metro area in the District of Colorado.

7.      During the undercover purchase, GARDUNO stated that he also had revolvers for sale. GARDUNO walked back to the front passenger area of his vehicle, a white Chevrolet Malibu sedan bearing New Mexico License Plate BNFY78, and obtained a black Smith & Wesson .38 caliber Airweight revolver. GARDUNO proceeded to bring the firearm over to the undercover agents and stated that he had a couple of revolvers for sale for $300.00 each. GARDUNO stated, however, that the revolver he had brought was not for sale and was a gift for his wife.

8.      After the undercover purchase of the AM-10 rifle was complete, GARDUNO departs the undercover location with the Smith & Wesson revolver still in his possession.

9.      On December 12, 2024, Lakewood Police Department (LPD) contacted a 2023 white Chevrolet Malibu sedan bearing New Mexico license plate BNFY78. GARDUNO was seen going in and out of the vehicle with no other parties entering the vehicle. The vehicle was determined to be stolen after officers contacted the registered owner, Hertz Vehicles. Once GARDUNO was away from the vehicle, it was sealed with evidence tape. The vehicle was then towed, and an investigative hold was placed on the vehicle.

10.     On December 31, 2024, ATF SA Adam Omansky obtained a Jefferson County Search Warrant (SW#24-2596) authorized by Judge Graham B. Peper of Jefferson County Colorado for the following: a. 2023 white Chevrolet Malibu sedan bearing New Mexico license plate BNFY78 with Vehicle Identification Number 1G1ZD5ST7PF224558.

11.     On January 2, 2025, SA Omansky, SA Sierra Rodriquez, and your affiant accompanied by LPD technician Amanda Hoover executed the search warrant on the Malibu which was being held at ACE Towing 30 S. Tejon St., Denver, CO 80223. The search warrant was executed at approximately 10:11 a.m. SA Omansky observed that the LPD evidence stickers

covering the doors and trunk did not appear to be tampered with. Technician Hoover took photographs of the vehicle before and after the warrant was executed. As the items to be seized were located, they were photographed in place by Technician Hoover and recovered.

12. Amongst other items seized in the vehicle, a Smith & Wesson, Airweight .38 Special Revolver bearing serial number DKY8609 was located and collected using new gloves. The firearm was found loaded with five (5) rounds of CBC brand, .38 caliber ammunition. This firearm appeared to be identical to the firearm GARDUNO showed undercover ATF agents at the undercover location on December 11, 2024.

13. The firearm was collected and preserved for further DNA and fingerprint testing. At the conclusion of the search, SA Omansky transported the evidence seized from the vehicle to the ATF Denver Field Office where it was processed and entered into ATF Property. The Malibu was locked and a copy of the search warrant inventory was left inside the vehicle.

14. SA Omansky later checked the Smith & Wesson, Airweight .38 Special Revolver bearing serial number DKY8609 in The National Crime Information Center (NCIC) and observed the firearm was reported stolen to the Denver Police Department (DPD), case number 2021-282070, on May 19, 2021.

15. On February 18th, 2025, LPD investigators arrested GARDUNO at 6218 W Colfax Ave, #7, Lakewood, Jefferson County, Colorado, 80214, specifically identified as the Big Bunny Motel. LPD was acting on an ATF tip that GARDUNO had an active felony warrant out of the Denver Sheriff's Department, whose phone was actively pinging at the Big Bunny Motel.

16. After a review of GARDUNO's criminal history, your affiant discovered that GARDUNO's felony convictions include:

    a. Motor Vehicle Theft Aggravated (Denver County/2021CR169)

  b. Weapon Possession by a Previous Offender (Jefferson County /2021CR2333)

  c. Theft (Denver County/2020CR4726)

  d. Forgery (Denver County/1998CR1293)

  17. On February 26th, 2025, ATF SA Jon Dennis received a Firearms Advisement form from the Colorado Department of Corrections (CDOC) pertaining to GARDUNO. The Firearms Advisement form states that it is a violation of Colorado State Law and Federal Law for any person who has been convicted of a felony crime to possess, use, or carry a firearm. The Firearms Advisement form was signed by GARDUNO on August 7th, 2023 and shows that GARDUNO knew prior to the date of his arrest on February 18th, 2025, prior to the undercover purchase of a firearm on December 11th, 2024, and prior to the recovery of a firearm and ammunition from his vehicle pursuant to a search warrant on January 2nd, 2025, that he was prohibited by both state and federal law from possessing firearms and/or ammunition.

  18. On March 19, 2025, the Jefferson County Regional Crime Laboratory returned a Laboratory Examination Report stating the DNA findings on the Smith & Wesson, Airweight .38 Special Revolver bearing serial number DKY8609. The Report states that a partial DNA mixture indicative of 3 contributors was obtained from the swabs from the Smith &Wesson revolver and that this mixture is suitable for comparison. The Report also states that additional DNA comparisons may be performed if buccal swabs from GARDUNO are obtained and submitted to the Jefferson County Regional Crime Laboratory.

  19. On April 2, 2025, a verbal Interstate Nexus evaluation was provided by ATF Special Agent Jason Clemens, who is certified as a firearms interstate nexus expert. SA Clemens concluded the Smith & Wesson, Model Airweight, .38 caliber revolver, bearing serial number

DKY8609 was not manufactured in the State of Colorado, and therefore traveled in and/or affected interstate commerce prior to being recovered in this incident.

20. On April 3, 2025, a verbal Interstate Nexus evaluation was provided by ATF Special Agent Jason Clemens, who is certified as a firearms interstate nexus expert. SA Clemens concluded that the five (5) rounds of .38 caliber, CBC brand ammunition were not manufactured in the State of Colorado, and therefore traveled in and/or affected interstate commerce prior to being recovered in this incident.

21. Based upon my training and experience, Your Affiant knows that DNA, or deoxyribonucleic acid, is the fundamental building block of an individual's entire genetic makeup, and unique to each person. DNA can be found in a person's blood, hair, saliva, and even on items that have been in contact with a person's body. For example, it is common to find an individual's DNA on their clothing, their toothbrush, or a firearm they have possessed. Moreover, I know that the collection of buccal cells from an individual, as requested in this search warrant, provides a laboratory with a sufficient sample of DNA to compare to DNA recovered on pieces of evidence in a criminal investigation, such as on a firearm.

22. In light of this, I believe the DNA obtained from GARDUNO, as requested herein, will allow a laboratory to confirm whether his DNA is on the firearm that was recovered on January 2, 2025.

23. The buccal swab samples from GARDUNO will be obtained pursuant to approved procedures, without unnecessary discomfort, in private, and under circumstances where he will feel little or no pain or embarrassment.

24. Should GARDUNO refuse to allow me to collect DNA pursuant to this search warrant, I request the Court's permission to use reasonable force, only if necessary, to execute this search warrant.

## CONCLUSION

25. Thus, based upon the above information and my training and experience, I believe there is probable cause to believe that the DNA sample, as requested herein, will result in the discovery of evidence indicating that Roy GARDUNO committed a violation of 18 U.S.C. § 922(g)(1), the possession of a firearm/ammunition by a prohibited person.

Respectfully submitted,

*s/Ethan Larrimore*
Ethan Larrimore
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Submitted, attested to, and acknowledged by reliable electronic means this __4th__ day of April 2025, Denver, Colorado.

_____
THE HONORABLE SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**This affidavit and associated application were reviewed and are submitted by Assistant United States Attorney Michael Lewis.**

7